# EXHIBIT A

**From:** Pixsy Case Management Team <resolution@pixsy.com>
**Sent:** Friday, June 9, 2023 3:24 AM
**To:** Kevin Boreen <kevin@exodusglobal.com>
**Subject:** [EXTERNAL]Unauthorized Use of Image (Case 002-193807) ref:_00D24Jcz7._5009Y2h7cJ:ref

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Exodus Global, LLC**
155 Main Street
Superior Wisconsin 54880
United States

By email: kevin@exodusglobal.com

**Unauthorized Use of Mr. Verch's Image - Case Reference: 002-193807**

June 9, 2023

Attn: Kevin Boreen,

Pixsy acts on behalf of Marco Verch as their authorized licensing and copyright agent. We have been notified by Mr. Verch that Exodus Global, LLC has been using their imagery without license or permission. Details of the unauthorized use are set out in the attached pdf documents ' Unauthorized Use Report' and 'Evidence Report'.

The unauthorized use was detected at this location on your website:
https://www.facebook.com/photo.php?fbid=593596949438465&set=pb.100063644949611.-2207520000.&type=3

Your use of Mr. Verch's imagery without a license is a violation of their exclusive right to reproduce, distribute, display and prepare derivatives of their copyrighted work. Unlicensed usage takes power away from the creator and significantly devalues their work.

**Steps required to resolve this matter immediately:**

1. Review the details of case 002-193807 in the attached Unauthorized Use Report and Evidence Report
2. Refer to the attached FAQ if you have any questions about why you received this letter
3. Make payment of your license fee for your use of Mr. Verch's images on or before **30/06/2023**

Payment can be made through our secure online portal at the following URL, and alternate payment options are available to you in the attached PDF:
https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

It is our belief that every artist has a right to be fairly compensated for use of his or her work, and we will take every effort to ensure that our client's intellectual property is protected.

Note that a failure to resolve this matter of unlicensed use within 21 days will result in escalation to one of our partner attorneys for legal proceedings.

We look forward to resolving this matter with you.

Kind Regards,

Ariella Todesco, Case Manager
Pixsy Case Management Team

--

**Phone:** +1 (323) 284-9404
**Post:** Pixsy Inc., 440 N Barranca Ave, Covina, CA 91723
**Email:** resolution@pixsy.com (please always reply to the email thread and include the case reference number)
**Web:** www.pixsy.com

System ID ref:_00D24Jcz7._5009Y2h7cJ:ref

**Frequently Asked Questions**

**Who is Pixsy?**

Pixsy is an international licensing and copyright agent acting on behalf of photographers, artists, creators, agencies, and businesses in 72+ countries to protect and enforce their intellectual property rights. Together with our global network of 26 law firms, Pixsy pursues matters of unauthorized use of our clients' work including; licensing, legal action, litigation, and debt collection.

**Why is Pixsy contacting me?**

Our client has lodged this case as an instance where their imagery has been used without a valid license or permission. We act on our client's behalf as their authorized licensing and copyright agent to recover a license fee to cover the period of unauthorized use of their work. This matter remains open until a license fee has been paid.

Please note: Contact information obtained by Pixsy for this case is from your website(s) and/or publicly available sources. All data storage, processing and communications are subject to our Pixsy Privacy Policy available at: www.pixsy.com/privacy-policy/

**I removed the image, is the matter now resolved?**

No. Removal of the image from your website does not resolve the period of unlicensed use, and it remains that our client is compensated for the previous use of their work.

Keep in mind that copyright is a strict liability offense, and you are liable for the infringement regardless of your knowledge of the infringement or your intent.

**We hired someone to make this website for us, are we still responsible for the unauthorized use?**
As the website and business owner, you are the ultimate arbiter of the site's content. It is your responsibility to ensure that you hold a valid license for content posted, and to pay pursuant fees to the copyright holder when this is not the case. If the imagery was provided to you by another party, we recommend that you reach out to them to work out a solution internally. As the end-user and host of the imagery, the liability for the unauthorized use sits with you.

**More questions?**

Visit the FAQs page via the Case Portal here: https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

System ID ref:_00D24Jcz7._5009Y2h7cJ:ref

---

PRIVATE AND CONFIDENTIAL. This e-mail, its contents, and attachments are private and confidential and are intended for the recipient only. Any disclosure, copying, or unauthorized use of such information is prohibited. If you receive this message in error, please notify us immediately and delete the original, any copies, and attachments. The information provided by Pixsy Inc. is general information only and does not constitute legal or other professional advice. Our Privacy Policy is available at www.pixsy.com/privacy-policy/

PIXSY
Pixsy Inc, 440 N Barranca Ave, Covina, CA 91723 USA | resolution@pixsy.com

**Exodus Global, LLC**
155 Main Street
Superior, Wisconsin 54880

By email: kevin@exodusglobal.com

June 9, 2023

**Unauthorized Use of Image - Case Reference #002-193807**

Attn: Kevin Boreen,

Pixsy acts on behalf of Marco Verch as their authorized licensing and copyright agent.

We have been notified by Mr. Verch that Exodus Global, LLC has been using their imagery without permission or a valid license. Details of the unauthorized use are set out in this letter and the attached **Evidence Report**.

Full details of the case are also available via our Case Portal at:
https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

We are contacting you to address the unauthorized use and to offer you the opportunity to purchase a valid license to cover the period of unlicensed use. Please note that removal of the image without the purchase of a license does not resolve the matter or negate the unlicensed usage.

**Our Client's Copyright**

Mr. Verch is a professional artist who takes significant steps to ensure that their imagery and its value is protected. It follows that our client takes any unauthorized use of their work very seriously, and that deliberate precautions have been taken to secure their legal rights in the event of unauthorized usage.

**Pixsy Inc**

Pixsy has been engaged and duly authorized by Mr. Verch as the exclusive agent for the purposes of managing and enforcing this copyright infringement case with Exodus Global, LLC. Pixsy is acting upon the instruction of our client.

Pixsy is an international licensing and copyright agent, with offices in California, Berlin, London and Sydney, and acts on behalf of photographers, artists, creators and businesses in 72+ countries to protect and enforce their intellectual property rights. Pixsy together with our global network of 26 law firms and legal partners pursue matters of unauthorized use of our clients' work including; licensing, legal action, and related copyright infringement litigation.

We take matters of our clients' copyright seriously and will take every effort to ensure that their intellectual property is protected.

**Copyright Infringement**

Use of images without a valid license is in direct violation of Title 17 U.S.C.S., the Copyright Act of 1976. Keep in mind that copyright is a strict liability offense, and you are liable for the infringement regardless of your knowledge of the infringement or your intent. Penalties and damages can range up to $150,000 not including expenses and costs.

Please refer to **the enclosed FAQ** for additional information.

**Your conduct**

Professional artists make a living by granting image users the right to use their imagery in exchange for a license fee. Your use of Mr. Verch's imagery without a license is a violation of their exclusive right to reproduce, distribute, display and prepare derivatives of their copyrighted work.

Unlicensed usage takes power away from artists and significantly devalues their work. This misuse severely impacts the market value of Mr. Verch's work, and has made it more difficult to license imagery at their high standard rates.

The necessity of carrying out routine operations to monitor their imagery's use is a significant drain on time and resources, and compromises their ability to operate a sustainable business. By using Mr. Verch's imagery without their permission, your company has benefited at their direct loss and expense.

Refer to the **'Case Overview'** in this letter, and the attached 'Evidence Report' for information regarding your use of Mr. Verch's work, including confirmation of their copyright ownership. If you believe you hold a valid license for these images and the use on the URL specified in the **'Case Overview'**, please send us a copy of the license and details of where and how you obtained it.

Full information on this case, all evidence and documents can be found in the Case Portal at:
https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

In order to resolve this matter and bring the use of the imagery into an authorized and lawful use, a retroactive license (continued use is optional) must be paid.

**Immediate steps required to resolve this matter:**

- Review the details of case **002-193807** outlined in this letter
- Review the **Evidence Report** attached to the email or via the online Case Portal
- Refer to the attached FAQ if you have any questions about why you received this letter
- Purchase a license for your use of the image(s) with a fee of [redacted] due by **Friday, June 30, 2023**

Payment of your license fee includes retroactive use for use that has already occurred, and includes a 1-year continued use license. Your continued-use license for Mr. Marco Verch's work will expire on 09-Jun-24, at which point the image must be removed from your webpage or the license renewed.

**How did Pixsy arrive at this license fee?**

Pixsy determines the license valuation using standardized factors, the previous license history of Mr. Verch's imagery, and your use of the image(s) (size, market, length of time and category). We use a number of standard pricing indexes for visual artwork, such as **fotoQuote**.

**Online Use of the image(s)**

| | |
|---|---|
| **Geographic factors** | United States |
| **Category** | Commercial |
| **Length of time** | Up to 6 months |
| **Size** | Large |
| **License Fee** | [redacted] |

**Next Steps**

Please note that this letter is a first step towards resolving this matter of unlicensed use, and that our offer to license Mr. Verch's image(s) for a fair fee is only available if this matter is resolved on or before **Friday, June 30, 2023.**

In the event that resolution with a license fee is not possible, our next steps are to forward this matter to a legal partner in your local area to secure the highest fees recoverable for copyright infringement. These fees include actual damages or statutory damages, and can include legal costs, expenses, costs affiliated with filing a lawsuit, and ensuing litigation. Fees recoverable in the event of copyright infringement typically far exceed the cost of an initial license.

**Payments**

Prompt payment can be made using our secure online payment portal (credit cards & PayPal):
https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

More details can be found in the **'Invoice'** enclosed in this letter, including details to send a bank transfer (Wire/ACH).

Deadline for payment: **Friday, June 30, 2023**

Once payment is received, you will be issued a payment confirmation and generated a signed and binding license agreement - this will be emailed to you within 5 business days of payment receipt.

**Questions**

Should you have any questions or require more information, please first consult the FAQ's attached to this letter, otherwise please contact me via return email or phone.

Kind Regards,

Ariella Todesco

**Ariella Todesco, Licensing Agent, North America**
Pixsy Case Management Team

Email: resolution@pixsy.com *(please always reply to the original email thread and include the reference number)*
Phone: (323) 284 9404
Post: Pixsy Inc, 440 N Barranca Ave, Covina, CA 91723

## CASE OVERVIEW

| | |
|---|---|
| **Case Reference #** | 002-193807 |
| **Case Portal** | https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0 |

### Unauthorized Use

| Capture Page URL | Capture Image URL | Capture Timestamp |
|---|---|---|
| https://www.facebook.com/photo.php?fbid=593596949438465&set=pb.100063644949611.-2207520000.&type=3 | https://scontent-ber1-1.xx.fbcdn.net/v/t39.30808-6/320279878_1549481865465947_4390174289118911628_n.jpg?_nc_cat=109&ccb=1-7&_nc_sid=730e14&_nc_ohc=jgXjaSBXJ7MAX8xqpQk&_nc_ht=scontent-ber1-1.xx&oh=00_AfAg7d3_Kq2gtToWL2lVOpssKY2MgdVQ4Ki9aAwt7QPZcg&oe=647B7889 | 2023-05-30 12:27:51Z |

### Original Image(s)

| | |
|---|---|
| **Copyright Owner** | Mr. Verch |
| **Copyright Owner Location** | Berlin, , Germany |

| Title of Image | Date Created | Published Location |
|---|---|---|
| Hot-chocolate-with-marshmallows-on-a-Christmas-background-with-bokeh-and-Christ | November 22, 2019 | https://www.flickr.com/photos/30478819@N08/49113845316/ |

### License Fee & Conditions

| | |
|---|---|
| **Geographic factors** | United States |
| **Category** | Commercial |
| **Length of time** | Up to 6 months |
| **Size** | Large |
| **License End Date** | June 9, 2024 |
| **License Fee** | [redacted] |

# INVOICE

**Exodus Global, LLC**
155 Main Street
Superior, Wisconsin 54880
United States
kevin@exodusglobal.com

**Pixsy Inc**
440 N Barranca Ave
Covina, CA 91723
United States
resolution@pixsy.com
(323) 284-9404

| **Invoice No** | **Invoice Date** | **Due** | **Image Owner** |
|---|---|---|---|
| 002-193807 | June 9, 2023 | 21 days | Mr. Verch |

| **Item** | **Licensed Image** | **License URL** |
|---|---|---|
| Single Use Retroactive License | Hot-chocolate-with-marshmallows-on-a-Christmas-background-with-bokeh-and-Christ | https://www.facebook.com/photo.php?fbid=593596949438465&set=pb.100063644949611.-2207520000.&type=3 |

Continued Use License (Optional): 1 Year

**Total:** [redacted] USD

**Terms**

License to use the imagery is non-exclusive and permitted only on the "Licensed URL" specified. Retroactive use refers to use prior to the date of this letter. Continued license expires on June 9, 2024, at which point the image must be removed or a renewed license procured (use past this point is a new infringement). Publication on any other URL or in a separate location requires a separate license.

**Payment**

Payment is due within 21 days via credit card, PayPal or bank transfer.

Include "002-193807" as payment reference.

**Transfer fees are the responsibility of the payer**. The full amount due must be received. Upon receipt of payment, a license agreement will be mailed to you within 5 business days.

**Secure Online Payment Portal**

(Credit card & PayPal – Installment plans available)

https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

*Secured by 256-bit encryption*

**Bank Transfer (ACH & Wires)**

| | |
|---|---|
| Bank: | Bank of America,<br>222 Broadway<br>New York, NY 10038, USA |
| Account Name: | Pixsy Inc |
| Account Number: | [redacted] |
| ABA Routing Number: | [redacted] (ACH)<br>[redacted] (Wires) |
| SWIFT Code: | BOFAUS3N |
| Reference: | **002-193807** |

**Frequently Asked Questions**

| | |
|---|---|
| **Who is Pixsy?** | Pixsy is an exclusive agent for the purposes of managing and enforcing our clients' copyright and related copyright infringement litigation. Pixsy supports a global network of photographers in their discovery and handling of such infringements.<br><br>Pixsy works together with our network of 26 law firms and legal partners across the world to pursue matters where licensing has not been possible. |
| **What are the terms of my license?** | Payment of your license fee includes a retroactive license for use that has already occurred, and optionally includes a 1-year continued license to use the photographer's image only as it currently appears on your webpage. Upon expiry of this 1-year term, the image either must be removed, or a continued license renewed through Pixsy. |
| **Why is my license fee calculated based on annual usage?** | Photographers and artists set market fees at annual usage rates for a variety of reasons, including that setting annual license terms enables them to easily track and follow up on license renewals. |
| **I removed the image, is the matter resolved?** | No. We appreciate your prompt removal of the image. Removal of the image from your website does not resolve the period of unlicensed use, and it remains that the photographer be fairly compensated for use of his or her work.<br><br>Keep in mind that a copyright infringement is a strict liability offense, and that use of any imagery found online almost always and with few exceptions must be licensed prior to use. |
| **We hired someone to make this website for us, can you contact them?** | As the host and arbiter of the website's content, it is your responsibility to ensure that you hold a valid license for content posted, and to pay pursuant fees to the copyright holder when this is not the case. If the imagery was provided to you by another party, we recommend that you reach out to them to work out a solution internally. The end liability is with you. |
| **Do you offer payment plans? I cannot afford the figure presented to me.** | While we cannot offer any discount on our fair market-value license fee, if your preference is to settle this matter without resorting to legal escalation, please notify Pixsy immediately. We are happy to work with you towards a payment plan that meets the needs of all parties.<br><br>Keep in mind that failure to pay the license fee in full negates the terms of any agreement or steps taken to resolve this matter. Failure to remit payments as scheduled can result in legal escalation. Some forms of business liability insurance may cover the license fee should you need assistance. |
| **I found the image on social media or a search engine - doesn't that mean it's free to use?** | No. Google and other free image sites display very clear notices that "images may be subject to copyright."<br><br>Keep in mind that a copyright infringement is a strict liability offense, and that use of any imagery found online almost always and with very few exceptions must be licensed prior to use. |

| | |
|---|---|
| **Doesn't a photo need a watermark to show copyright?** | No. Copyright is established at the moment of a work's creation. To avoid copyright infringement in future, we recommend you take necessary steps to establish ownership of the copyrighted work and reach out to the creator to license the image prior to use. |
| **Why are the fees that you calculated higher than the fees for a similar image on a stock website?** | Many creators choose not to publish their imagery on stock image sites because it greatly devalues their imagery. One cannot apply stock-value rates to the work of a photographer who intentionally does not license their imagery on stock.<br><br>The license fees calculated by Pixsy are consistent with license fees for use of our photographer's work and are in line with fair market rates.<br><br>Keep in mind that the full value of this image is higher when it involves unauthorized use of a copyrighted work, and that this letter is a first attempt to resolve this matter amicably with a fair license fee. |
| **What if the image is published under the Creative Commons platform?** | The Creative Commons platform permits the use of the imagery in question only if the terms of the license are complied with. Failure to fully comply with these terms is an appropriation of the photographer's imagery, revokes a right to use the license, and constitutes copyright infringement.<br><br>You can read more about the Creative Commons platform, the various license terms, and how to properly use these licenses here: https://creativecommons.org/licenses |
| **Can I contact your client? How do I know Pixsy is permitted to act on behalf of the client?** | Pixsy has been duly engaged and authorized as the exclusive agent to handle all aspects of the case including all communications by the image/copyright owner.<br><br>Our client has chosen to pursue this matter through Pixsy and has asked to be left out of the direct communication. We are representing our clients wishes and rights as they have directed us to.<br><br>We are not authorized to give out the photographer's personal information and all communications must be made through Pixsy. We will relay information back to our client as needed. |
| **I have Business Insurance; can I claim this?** | Some forms of business liability insurance may cover the license fee. Please check with your provider for additional information. |

PIXSY Evidence Report

Case Reference **002-193807**

## BRIEF

This report contains the legally binding evidence collected for case 002-193807 between Marco Verch and facebook.com, involving 1 image and 1 unlicensed image use.
Full case information and evidence is available at our secure portal:https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

## REPORT

REPORT ID
6475ebc484d36279fe5b88b0

REPORT CREATED
Thu, 01 Jun 2023 10:48:13 GMT

REPORT SERVER
Evidence Collector v5.8.1

## ORIGINAL IMAGE

IMAGE TIT E
Hot-chocolate-with-marshmallows-on-a-Christmas-background-with-bokeh-and-Christmas-tree-branches

COPYRIGHT OWNER
Marco Verch, Berlin, Germany

CREATED DATE AND OCATION
November 22nd 2019, Cologne-Germany

PUB ICATION OCATION
https://www.flickr.com/photos/30478819@N08/49113845316/

AUTHORIZED AGENT
Pixsy Inc., 440 N Barranca Ave, Covina, CA 91723, United States

## DETECTED IMAGE

WEBPAGE DOMAIN
facebook.com

WEBPAGE UR
https://www.facebook.com/photo.php?fbid=593596949438465&set=pb.100063644949611.-2207520000.&type=3

IMAGE UR
https://www.facebook.com/exodusglobal.wi/

CAPTURE DATE
Tue, 02 May 2023 17:49:00 GMT



Full page screenshot is attached on the next page and at the following link
https://evidence-prod.pixsy.io/evidence/get/6475cbb68fd1e4f40d7df6da/page-screenshot

CASE PORTA
See full case details on our case portal at the following link:
https://my.pixsy.com/resolve/6475ebc484d36279fe5b88b0

EVIDENCE PORTA
Not all evidence items are included in this evidence report. To see all collected files related to this case, access the following link: https://exports.pixsy.io/evidence/undefined

WEBPAGE UR

https://www.facebook.com/photo.php?fbid=593596949438465&set=pb.100063644949611.-2207520000.&type=3

