**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

**CASE NO.: 3:26-cv-00494**

MARCO VERCH,
Plaintiff,
v.

EXODUS GLOBAL, LLC,

Defendant.

**PLAINTIFFS RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff MARCO VERCH by and through its undersigned counsel, hereby submits this Response to Defendant's Motion for Judgment on the Pleadings [ECF 9] to inform the Court that Plaintiff filed his Amended Complaint [ECF 13] on July 17, 2026. Therefore, Plaintiff respectfully requests that Defendant's pending Motion be Denied as Moot.

Dated: July 17, 2026

Respectfully submitted,

/s/ Evan Andersen
EVAN ANDERSEN
evan.andersen@sriplaw.com
**SRIPLAW, P.A.**
3372 Peachtree Road, Suite 115
Atlanta, GA 30326
404.496.6606 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*